IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS D. LINDSEY,

    Plaintiff,

  v.

JOLINDA WATERMAN,
SANDRA MCARDLE, AND
JAMES PATERSON,

    Defendants.

Case No. 19-cv-180-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 12/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |