United States Court of Appeals For The Seventh Circuit
State of Wisconsin        District Court                Dane County

Carlos D. Lindsey
        Plaintiff
    vs.                                    Case No. 19-CV-180-JDP
Jolinda Waterman, Sandra McArdle,
And James Peterson,
        Defendants

### Plaintiff's Notice of Appeal

Notice is Hereby Given That Carlos D. Lindsey, Appeals To The United States Court of Appeals for The Seventh Circuit, From The whole final Judgment or order, Entered on December 3rd, 2019, in The Wisconsin District Court for Dane county, The Honorable James D. Peterson Presiding, in favor of Judge James Peterson, And Against Carlos Lindsey, wherein The Court Denied Plaintiff The Right To Proceed with His 1983 civil complaint under imminent danger By Erroneously Alleging That Plaintiff failed to State A claim And imposing A strike upon Plaintiff...

                Signature of Pro-se Plaintiff
                Carlos D. Lindsey Doc No. 524927
                (WSPF) P.O. Box 1000
                Boscobel, WI. 53805
        This 9th Day of December, 2019
                Printed Name of Pro-se Plaintiff
                Carlos D. Lindsey.